# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Judenel Simon

**Plaintiff,**

**V.**

Markwayne Mullin, in his official capacity as Secretary of Homeland Security

**Defendant.**

**Civil Action No.** 26cv4961-RBM-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is granted.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
J. Petersen, Deputy